# U.S. District Court [LIVE]
## Eastern District of TEXAS (Marshall)
### CIVIL DOCKET FOR CASE #: 2:17−cv−00070−JRG−RSP

Display Technologies, LLC v. HTC America, Inc.  
Assigned to: Judge Rodney Gilstrap  
Referred to: Magistrate Judge Roy S. Payne  
Member cases:  
   2:17−cv−00069−JRG−RSP  
   2:17−cv−00067−JRG−RSP  
   2:17−cv−00068−JRG−RSP  
Cause: 15:1126 Patent Infringement

Date Filed: 01/23/2017  
Date Terminated: 07/10/2017  
Jury Demand: Defendant  
Nature of Suit: 830 Patent  
Jurisdiction: Federal Question

**Mediator**

**Harlan A Martin**  
JAMS/Endispute LLC  
8401 N Central Expressway  
Suite 610  
Dallas, TX 75225−4698  
214/744−5267  
*hmartin@jamsadr.com*

**Plaintiff**

**Display Technologies, LLC**      represented by    **Thomas C Wright**  
Cunningham Swaim, LLP  
7557 Rambler Road  
Suite 440  
Dallas, TX 75231  
214−646−1495  
Fax: 214−613−1163  
Email: twright@cunninghamswaim.com  
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**HTC America, Inc.**     represented by    **Matthew C Bernstein**  
Perkins Coie LLP − San Diego  
11988 El Camino Real  
Suite 350  
San Diego, CA 92130−3334  
858−720−5700  
Fax: 858−720−5799  
Email: mbernstein@perkinscoie.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Eric Hugh Findlay**  
Findlay Craft PC

102 N College Avenue
Suite 900
Tyler, TX 75702
903/534−1100
Fax: 903/534−1137
Email: efindlay@findlaycraft.com
*ATTORNEY TO BE NOTICED*

**Patrick John McKeever**
Perkins Coie LLP − San Diego
11988 El Camino Real
Suite 350
San Diego, CA 92130−3334
858−720−5722
Fax: 858−720−5700
Email: pmckeever@perkinscoie.com
*ATTORNEY TO BE NOTICED*

**Roger Brian Craft**
Findlay Craft PC
102 N College Avenue
Suite 900
Tyler, TX 75702
903/534−1100
Fax: 903/534−1137
Email: bcraft@findlaycraft.com
*ATTORNEY TO BE NOTICED*

**Thomas C Wright**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Consol Defendant**

| | | |
|---|---|---|
| **Blu Products, Inc.**<br>*Member case No. 2:17−cv−00067* | represented by | **Bernard Lewis Egozi**<br>Egozi & Bennett PA<br>2999 NE 191st Street<br>Suite 407<br>Aventura, FL 33180<br>305.931.3000<br>Fax: 305.931.9343<br>Email: begozi@egozilaw.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Isaac Salomon Lew**<br>Egozi & Bennett PA<br>2999 NE 191st Street<br>Suite 407<br>Aventura, FL 33180<br>305.931.3000<br>Fax: 305.931.9343 |

Email: ilew@egozilaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Ellsworth Davis , III**
The Davis Firm, PC – Longview
213 North Fredonia Street
Suite 230
Longview, TX 75601
903−230−9090
Fax: 903−230−9661
Email: bdavis@bdavisfirm.com
*ATTORNEY TO BE NOTICED*

**Consol Defendant**

**ZTE (USA) Inc.** represented by **Eric Hugh Findlay**
*Member case No. 2:17−cv−00068* (See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Scott R Miller**
Sheppard Mullin Richter & Hampton LLP
333 S Hope Street
43rd Floor
Los Angeles, CA 90071
213−617−4177
Fax: 213−443−2817
Email: smiller@sheppardmullin.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Lai Lam Yip**
Sheppard Mullin Richter & Hampton, LLP –
San Francisco
Four Embarcadero Center
17th Floor
San Francisco, CA 94111
415/774−3147
Fax: 415/403−6221
Email: lyip@sheppardmullin.com
*ATTORNEY TO BE NOTICED*

**Roger Brian Craft**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Consol Defendant**

**LG Electronics U.S.A Inc.** represented by **Harry Lee Gillam , Jr**
*Member case No. 2:17−cv−00069* Gillam & Smith, LLP
303 South Washington Avenue
Marshall, TX 75670
903−934−8450

Fax: 903–934–9257
Email: gil@gillamsmithlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Robert Lamb**
Gillam & Smith, LLP
303 South Washington Avenue
Marshall, TX 75670
903–934–8450
Fax: 903–934–9257
Email: wrlamb@gillamsmithlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consol Counter Claimant**

**ZTE (USA) Inc.**                              represented by   **Eric Hugh Findlay**
*Member case No. 2:17–cv–00068*                                  (See above for address)
                                                                 *LEAD ATTORNEY*
                                                                 *ATTORNEY TO BE NOTICED*

**Consol Counter Defendant**

**Display Technologies, LLC**                   represented by   **Thomas C Wright**
*Member case No. 2:17–cv–0068*                                   (See above for address)
                                                                 *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/23/2017 | Ï 1 | COMPLAINT against HTC America, Inc. ( Filing fee $ 400 receipt number 0540–6122751.), filed by Display Technologies, LLC. (Attachments: <br># 1 Exhibit A, <br># 2 Exhibit B, <br># 3 Civil Cover Sheet)(Wright, Thomas) (Entered: 01/23/2017) |
| 01/23/2017 | Ï | Case Assigned to Judge Rodney Gilstrap. (nkl, ) (Entered: 01/23/2017) |
| 01/23/2017 | Ï 2 | ORDER REFERRING CASE to Magistrate Judge Roy S. Payne. Signed by Judge Rodney Gilstrap on 1/23/2017. (nkl, ) (Entered: 01/23/2017) |
| 01/23/2017 | Ï | In accordance with the provisions of 28 USC Section 636(c), you are hereby notified that a U.S. Magistrate Judge of this district court is available to conduct any or all proceedings in this case including a jury or non–jury trial and to order the entry of a final judgment. The form Consent to Proceed Before Magistrate Judge is available on our website. All signed consent forms, excluding pro se parties, should be filed electronically using the event *Notice Regarding Consent to Proceed Before Magistrate Judge*. (nkl, ) (Entered: 01/23/2017) |
| 01/23/2017 | Ï 3 | CORPORATE DISCLOSURE STATEMENT filed by Display Technologies, LLC (Wright, Thomas) (Entered: 01/23/2017) |
| 01/23/2017 | Ï 4 | Notice of Filing of Patent/Trademark Form (AO 120). AO 120 mailed to the Director of the U.S. Patent and Trademark Office. (Wright, Thomas) (Entered: 01/23/2017) |
| 01/26/2017 | Ï 5 | SUMMONS Issued as to HTC America, Inc.. (ch, ) (Entered: 01/26/2017) |

| | | |
|---|---|---|
| 02/21/2017 | 6 | Defendant's Unopposed First Application for Extension of Time to Answer Complaint re HTC America, Inc.( Wright, Thomas) (Entered: 02/21/2017) |
| 02/21/2017 |  | Defendant's Unopposed First Application for Extension of Time to Answer Complaint is GRANTED pursuant to Local Rule CV−12 for HTC America, Inc. to 3/24/2017. 30 Days Granted for Deadline Extension.( slo, ) (Entered: 02/21/2017) |
| 02/22/2017 | 7 | SUMMONS Returned Executed by Display Technologies, LLC. HTC America, Inc. served on 2/1/2017, answer due 2/22/2017. (slo, ) (Entered: 02/22/2017) |
| 02/22/2017 |  | Answer Due Deadline Updated for HTC America, Inc. to 3/24/2017 re the granting of Defendant's Unopposed First Application for Extension of Time to Answer Complaint. (slo, ) (Entered: 02/22/2017) |
| 03/22/2017 | 8 | Defendant's Unopposed Second Application for Extension of Time to Answer Complaint re HTC America, Inc.( Wright, Thomas) (Entered: 03/22/2017) |
| 03/22/2017 |  | Defendant's Unopposed Second Application for Extension of Time to Answer Complaint is GRANTED pursuant to Local Rule CV−12 for HTC America, Inc. to 4/10/2017. 15 Days Granted for Deadline Extension.( slo, ) (Entered: 03/22/2017) |
| 04/10/2017 | 9 | MOTION to Dismiss *HTC America, Inc.'s Motion to Dismiss Plaintiff Display Technologies, LLC's Complaint for Improper Venue Pursuant to Fed. R. Civ. P. 12(B)(3)* by HTC America, Inc.. (Attachments: # 1 Text of Proposed Order)(Bernstein, Matthew) (Entered: 04/10/2017) |
| 04/10/2017 | 10 | ANSWER to 1 Complaint by HTC America, Inc..(Bernstein, Matthew) (Entered: 04/10/2017) |
| 04/10/2017 | 11 | CORPORATE DISCLOSURE STATEMENT filed by HTC America, Inc. (Bernstein, Matthew) (Entered: 04/10/2017) |
| 04/20/2017 | 12 | NOTICE of Attorney Appearance by Eric Hugh Findlay on behalf of HTC America, Inc. (Findlay, Eric) (Entered: 04/20/2017) |
| 04/21/2017 | 13 | Unopposed MOTION for Extension of Time to File Response/Reply as to 9 MOTION to Dismiss *HTC America, Inc.'s Motion to Dismiss Plaintiff Display Technologies, LLC's Complaint for Improper Venue Pursuant to Fed. R. Civ. P. 12(B)(3)* by Display Technologies, LLC. (Attachments: # 1 Text of Proposed Order)(Wright, Thomas) (Entered: 04/21/2017) |
| 04/24/2017 | 14 | RESPONSE to Motion re 9 MOTION to Dismiss *HTC America, Inc.'s Motion to Dismiss Plaintiff Display Technologies, LLC's Complaint for Improper Venue Pursuant to Fed. R. Civ. P. 12(B)(3)* filed by Display Technologies, LLC. (Wright, Thomas) (Entered: 04/24/2017) |
| 04/25/2017 | 15 | ORDER granting 13 Unopposed MOTION for Extension of Time to File Response/Reply as to 9 MOTION to Dismiss *HTC America, Inc.'s Motion to Dismiss Plaintiff Display Technologies, LLC's Complaint for Improper Venue Pursuant to Fed. R. Civ. P. 12(B)(3)* filed by Display Technologies, LLC.The Court extends Plaintiffs deadline to respond to Defendants motion to dismiss to May 8, 2017. Signed by Magistrate Judge Roy S. Payne on 4/25/2017. (slo, ) (Entered: 04/26/2017) |
| 04/28/2017 | 16 | CONSOLIDATION ORDER: The above−captioned cases are hereby ORDERED to be CONSOLIDATED for all pretrial issues (except venue) with the LEAD CASE as Cause No. 2:17−cv−00070. ALL FUTURE DOCKET ENTRIES SHOULD BE MADE IN THE LEAD CASE NUMBER (EXCEPT VENUE). Signed by Judge Rodney Gilstrap on 4/28/2017. (slo, ) (Entered: 05/01/2017) |
| 05/01/2017 | 17 | ANSWER to Complaint by Display Technologies, LLC.(Wright, Thomas) (Entered: 05/01/2017) |
| 05/01/2017 | 18 | |

| | | |
|---|---|---|
| | | ORDER (Scheduling Conference set for 5/31/2017 01:30 PM in Ctrm 106 (Marshall) before Judge Rodney Gilstrap.) Signed by Magistrate Judge Roy S. Payne on 5/1/2017. (slo, ) (Entered: 05/02/2017) |
| 05/02/2017 | 19 | NOTICE of Attorney Appearance by Lai Lam Yip on behalf of ZTE (USA) Inc. (Yip, Lai) (Entered: 05/02/2017) |
| 05/02/2017 | 20 | NOTICE of Attorney Appearance by Patrick John McKeever on behalf of HTC America, Inc. (McKeever, Patrick) (Entered: 05/02/2017) |
| 05/17/2017 | 21 | Joint MOTION to Stay *all Deadlines and Notice of Settlement* by Display Technologies, LLC. (Attachments: # 1 Text of Proposed Order)(Wright, Thomas) (Entered: 05/17/2017) |
| 05/18/2017 | 22 | **FILED IN ERROR, PLEASE IGNORE. ** NOTICE by Display Technologies, LLC *OF Waiver* (Wright, Thomas) Modified on 5/19/2017 (slo, ). (Entered: 05/18/2017) |
| 05/18/2017 | 23 | ORDER granting 21 Joint MOTION to Stay *all Deadlines and Notice of Settlement* filed by Display Technologies, LLC. Case is stayed for 30 days from the date of this order. (Show Cause Hearing set for 6/28/2017 09:00 AM in Mag Ctrm (Marshall) before Magistrate Judge Roy S. Payne.) Signed by Magistrate Judge Roy S. Payne on 5/18/2017. (slo, ) (Entered: 05/18/2017) |
| 05/19/2017 | | ***FILED IN ERROR. FILED IN WRONG CASE. Document # 22, Notice. PLEASE IGNORE.*** (slo, ) (Entered: 05/19/2017) |
| 05/30/2017 | 24 | NOTICE of Attorney Appearance by William Ellsworth Davis, III on behalf of Blu Products, Inc. (Davis, William) (Entered: 05/30/2017) |
| 05/30/2017 | 25 | NOTICE of Attorney Appearance by Roger Brian Craft on behalf of HTC America, Inc., ZTE (USA) Inc. (Craft, Roger) (Entered: 05/30/2017) |
| 05/31/2017 | | Minute Entry for proceedings held before Judge Rodney Gilstrap: Scheduling Conference held on 5/31/17. Counsel for the parties appeared and were asked if they consented to a trial before the United States Magistrate Judge. The Court then gave Markman and Jury Selection dates; deadlines for submitting Mediator names (3 days); and deadlines for submitting Agreed Scheduling and Discovery Orders (14 days). (Court Reporter Shelly Holmes, CSR−TCRR.)(jml) (Entered: 06/01/2017) |
| 06/05/2017 | 26 | NOTICE of Designation of Mediator, Harlan Martin, filed by Display Technologies, LLC. (Wright, Thomas) (Entered: 06/05/2017) |
| 06/06/2017 | 27 | ORDER APPOINTING MEDIATOR. Harlan A. Martin is appointed as mediator in the above referenced case. Signed by Magistrate Judge Roy S. Payne on 6/6/2017. (slo, ) (Entered: 06/06/2017) |
| 06/09/2017 | 28 | Unopposed MOTION to Change Venue *TO THE WESTERN DISTRICT OF WASHINGTON IN SEATTLE* by HTC America, Inc.. (Attachments: # 1 Text of Proposed Order)(Craft, Roger) (Entered: 06/09/2017) |
| 06/14/2017 | 29 | * FILED IN ERROR. PLEASE IGNORE. * Submission of Proposed Agreed Docket Control/Scheduling order by Display Technologies, LLC . (Attachments: # 1 Exhibit Proposed Docket Control Order)(Wright, Thomas) Modified on 6/14/2017 (slo, ). (Entered: 06/14/2017) |
| 06/14/2017 | 30 | * FILED IN ERROR. PLEASE IGNORE. * Submission of Proposed Agreed Discovery order by Display Technologies, LLC . (Attachments: |

| | | |
|---|---|---|
| | | # 1 Exhibit Proposed Agreed Discovery Order)(Wright, Thomas) Modified on 6/14/2017 (slo, ). (Entered: 06/14/2017) |
| 06/14/2017 | Ï | ***FILED IN ERROR. Document # 29, WRONG EVENT USED. ATTORNEY TO REFILE. PLEASE IGNORE.***<br><br>(slo, ) (Entered: 06/14/2017) |
| 06/14/2017 | Ï | ***FILED IN ERROR. Document # 30, WRONG EVENT USED. ATTORNEY TO REFILE. PLEASE IGNORE.***<br><br>(slo, ) (Entered: 06/14/2017) |
| 06/14/2017 | 31 | MOTION Entry of Docket Control Order by Display Technologies, LLC. (Attachments: # 1 Exhibit Proposed Docket Control Order)(Wright, Thomas) (Entered: 06/14/2017) |
| 06/14/2017 | 32 | MOTION Entry of Discovery Order by Display Technologies, LLC. (Attachments: # 1 Exhibit Proposed Agreed Discovery Order)(Wright, Thomas) (Entered: 06/14/2017) |
| 06/14/2017 | 33 | Unopposed MOTION TO CANCEL DEADLINES by HTC America, Inc.. (Attachments: # 1 Text of Proposed Order)(Findlay, Eric) (Entered: 06/14/2017) |
| 06/15/2017 | 34 | DOCKET CONTROL ORDER re 31 MOTION Entry of Docket Control Order filed by Display Technologies, LLC. (Pretrial Conference set for 8/13/2018 09:00 AM in Mag Ctrm (Marshall) before Magistrate Judge Roy S. Payne., Amended Pleadings due by 11/8/2017, Jury Selection set for 9/10/2018 09:00 AM in Ctrm 106 (Marshall) before Judge Rodney Gilstrap, Markman Hearing set for 1/24/2018 09:00 AM in Mag Ctrm (Marshall) before Magistrate Judge Roy S. Payne, Motions in Limine due by 7/23/2018, Joint Pretrial Order due by 8/6/2018.) Signed by Magistrate Judge Roy S. Payne on 6/15/2017. (slo, ) (Entered: 06/16/2017) |
| 06/15/2017 | 35 | DISCOVERY ORDER re 32 MOTION Entry of Discovery Order filed by Display Technologies, LLC. Signed by Magistrate Judge Roy S. Payne on 6/15/2017. (slo, ) (Entered: 06/16/2017) |
| 06/19/2017 | 36 | ORDER granting 28 Unopposed MOTION to Change Venue *TO THE WESTERN DISTRICT OF WASHINGTON IN SEATTLE* filed by HTC America, Inc. (Case transferred to the Western District of Washington in Seattle, and the Docket Control Order and other deadlines are vacated in the interim. ) Signed by Magistrate Judge Roy S. Payne on 6/19/2017. (slo, ) (Entered: 06/20/2017) |
| 06/21/2017 | 37 | Joint MOTION for Protective Order by ZTE (USA) Inc.. (Attachments: # 1 Text of Proposed Order Patent Protective Order)(Miller, Scott) (Entered: 06/21/2017) |
| 06/22/2017 | 38 | PROTECTIVE ORDER. Signed by Magistrate Judge Roy S. Payne on 6/22/2017. (slo, ) (Entered: 06/22/2017) |
| 06/27/2017 | 39 | Joint MOTION to Continue *Show Cause Hearing* by Display Technologies, LLC. (Attachments: # 1 Text of Proposed Order)(Wright, Thomas) (Entered: 06/27/2017) |
| 06/27/2017 | 40 | NOTICE by Blu Products, Inc. *of Compliance with Paragraphs 1 and 3 of the Discovery Order* (Lew, Isaac) (Entered: 06/27/2017) |
| 06/28/2017 | 41 | NOTICE by Display Technologies, LLC *of Compliance with Paragraphs 1 and 3 of the Discovery Order* (Wright, Thomas) (Entered: 06/28/2017) |
| 06/28/2017 | 42 | NOTICE by Display Technologies, LLC *of Compliance with Paragraphs 1 and 3 of the Discovery Order* (Wright, Thomas) (Entered: 06/28/2017) |
| 06/28/2017 | 43 | NOTICE by ZTE (USA) Inc. *of Compliance with Paragraphs 1 and 3 of the Discovery Order* (Miller, Scott) (Entered: 06/28/2017) |

| | | |
|---|---|---|
| 07/06/2017 | 44 | ORDER granting 39 Joint MOTION to Continue *Show Cause Hearing* filed by Display Technologies, LLC. Show−cause hearing set for June 27,2017, is continued. (Show Cause Hearing set for 7/12/2017 09:00 AM in Mag Ctrm (Marshall) before Magistrate Judge Roy S. Payne.) Signed by Magistrate Judge Roy S. Payne on 7/6/2017. (slo, ) (Entered: 07/06/2017) |
| 07/10/2017 | | Interdistrict transfer to the Western District of Washington Seattle Division. (slo, ) (Entered: 07/10/2017) |