THE HONORABLE MARY ALICE THEILER

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DISPLAY TECHNOLOGIES, LLC,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>HTC AMERICA, INC.,<br><br>　　　　　Defendant. | No. 2:17-cv-01057-MAT<br><br>**HTC AMERICA, INC.'S NOTICE REGARDING DOCKETING OF CASE NO. 2:17-CV-01057-MAT** |

Defendant HTC America, Inc. ("HTCA") submits this notice regarding the docketing of Case No. 2:17-cv-01057-MAT.

Display Technologies, LLC filed a complaint against HTCA on January 23, 2017 in the District Court for the Eastern District of Texas, No. 2:17-cv-00070-JRG-RSP. (Dkt. No. 1.) On Jan. 23, 2017, that case was consolidated with three cases also filed in the Eastern District of Texas:

- *Display Technologies, LLC v. Blu Products, Inc.* (2:17-cv-00067-JRG-RSP)
- *Display Technologies, LLC v. ZTE (USA) Inc.* (2:17-cv-00068-JRG-RSP)
- *Display Technologies, LLC v. LG Electronics USA, Inc.* (2:17-cv-00069-JRG-RSP)

(Dkt. No. 16.) The HTCA action was designated the LEAD CASE. (*Id.*)

NOTICE RE DOCKETING CASE
(No. 2:17-cv-01057-MAT) – 1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

1   On June 9, 2017, HTCA filed an unopposed motion to transfer the HTCA action (Case
2 No. 2:17-cv-00070-JRG-RSP) but not the consolidated actions to the District Court for the
3 Western District of Washington.  (Dkt. No. 19.)  HTCA's motion was granted on June 19,
4 2017.  (Dkt. No. 36.)
5   While only the HTCA action should have been transferred to this Court, the CM/ECF
6 system presently lists the parties to the three consolidated cases still pending in the Eastern
7 District of Texas as parties to Case No. 2:17-cv-01057-MAT pending in this Court.
8 Accordingly, counsel for HTCA contacted Mr. Tim Farrell, Courtroom Deputy, who asked that
9 HTCA file the present notice so that the Court may take any appropriate actions to correct the
10 docketing of the case if necessary.

DATED:  July 18, 2017

By:  */s/ Antoine M. McNamara*
Antoine M. McNamara, WSBA No. 41701
AMcNamara@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000

Matthew C. Bernstein, *Pro Hac Vice*
MBernstein@perkinscoie.com
Patrick J. McKeever, *Pro Hac Vice*
PMcKeever@perkinscoie.com
James Young Hurt, *Pro Hac Vice*
PERKINS COIE LLP
11988 El Camino Real, Suite 350
San Diego, CA 92130-2594
Telephone: 858.720.5700
Facsimile: 858.720.5799

***Attorneys for Defendant HTC America, Inc.***

NOTICE RE DOCKETING CASE
(No. 2:17-cv-01057-MAT)  – 2

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

1

**CERTIFICATE OF SERVICE**

2

3     The undersigned certifies that on July 18, 2017, a true and correct copy of the above

4  document was served on all counsel of record who are deemed to have consented to electronic

5  service via the Court's CM/ECF system per Local Rule CV-5(a)(3)(A).

6

7                             */s/ Antoine M. McNamara*
                              Antoine M. McNamara

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

CERTIFICATE OF SERVICE
(No. 2:17-cv-01057-MAT) – 1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000