## Exhibit A

### *Display Technologies, LLC v. HTC America, Inc.*, **2:17-cv-1057-RAJ**

### Proposed Case Schedule

| Action | Deadline |
|---|---|
| Parties to exchange Initial Disclosures | Aug. 17, 2017 (per Dkt. 48) |
| Parties to file Joint Status Report | Aug. 24, 2017 (per Dkt. 48) |
| Parties to file motion for Protective Order | 15 Days after Scheduling Order |
| Deadline to Join Parties | 30 Days after Scheduling Order |
| Plaintiff to serve Preliminary Infringement Contentions & Disclosure of Asserted Claims (LPR 120) | 45 Days after Scheduling Order |
| Defendant to serve Preliminary Non-Infringement and Invalidity Contentions (LPR 121) and accompanying Document Production (LPR 122) | 65 Days after Scheduling Order |
| Parties to exchange Proposed Terms and Claim Elements for Construction (LPR 130) | 95 Days after Scheduling Order |
| Parties to exchange Preliminary Claim Constructions and Extrinsic Evidence (LPR 131) | 95 Days after Scheduling Order |
| Parties to file Joint Claim Chart and Prehearing Statement | 140 Days after Scheduling Order |
| Completion of Claim Construction Discovery | 190 Days after Scheduling Order |
| Parties to file Opening Claim Construction Briefs | 195 Days after Scheduling Order |
| Parties to file Responsive Claim Construction Briefs | 210 Days after Scheduling Order |
| Tutorial (if necessary) | To be set by the Court |

JOINT STATUS REPORT – EXHIBIT A
(2:17-cv-01057-RAJ)– 1

NORTH CITY LAW, PC
17713 15th Ave NE, Suite 105
Shoreline, WA  98155-3839
Phone:  206.413.7288
Fax:  206.367.0120

| Action | Deadline |
|---|---|
| Claim Construction Hearing | To be set by the Court |
| Close of Fact Discovery | 60 Days after Claim Construction Order |
| Parties to Exchange Initial Expert Reports | 90 Days after Claim Construction Order |
| Parties to Exchange Supplemental Expert Reports | 120 Days after Claim Construction Order |
| Close of Expert Discovery | 150 Days after Claim Construction Order |
| Parties to file case dispositive motions and/or *Daubert* motions | 180 Days after Claim Construction Order |
| Parties shall have completed private mediation | 180 Days after Claim Construction Order |
| Trial | To be set by the Court |

JOINT STATUS REPORT – EXHIBIT A
(2:17-cv-01057-RAJ)– 2

## <u>CERTIFICATE OF SERVICE</u>

The undersigned certifies that on August 24, 2017, a true and correct copy of the above document was served on all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rules W.D. Wash. LCR 5(b).

*/s/ Paul A. Barrera*
Paul A. Barrera
