UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| DISPLAY TECHNOLOGIES, LLC,<br><br>        Plaintiff,<br><br>    v.<br><br>HTC AMERICA, INC.,<br><br>        Defendant. | No. 2:17-CV-01057-RAJ<br><br>STIPULATED DISMISSAL WITH PREJUDICE OF HTC AMERICA, INC. |

      Plaintiff Display Technologies, LLC and Defendant HTC America, Inc., by their counsel hereby stipulate pursuant to Fed R. Civ. P. 41(a)(1)(A)(ii) to the dismissal of all claims as between them, with prejudice, and with each party bearing its own costs and attorney fees.

STIPULATED DISMISSAL - 1
(2:17-cv-01057-RAJ)

| | |
|---|---|
| DATED:  November 9, 2017 | By: /s/ Thomas C. Wright<br>By: /s/ Paul A. Barrera<br><br>Paul A. Barrera, WSBA No. 51990<br>paul@northcitylaw.com<br>NORTH CITY LAW, PC<br>17713 Fifteenth Avenue Northeast, Suite 105<br>Shoreline, WA 98155-3839<br>Telephone: 206.413.7288<br>Facsimile: 206.367.0120<br><br>Thomas C. Wright, *Pro Hac Vice*<br>twright@cunninghamswaim.com<br>CUNNINGHAM SWAIM, LLP<br>7557 Rambler Road, Suite 400<br>Dallas, TX 75231<br>Telephone: 214.646.1495<br>Facsimile:  214.613.1163<br><br>***Attorneys for Plaintiff Display Technologies, LLC*** |

STIPULATED DISMISSAL - 2
(2:17-cv-01057-RAJ)

NORTH CITY LAW, PC
17713 15th Ave NE, Suite 105
Shoreline, WA  98155-3839
Phone:  206.413.7288
Fax:  206.367.0120

DATED:  November 9, 2017

By: */s/ Patrick J. McKeever*
By: */s/ Antoine M. McNamara*

Antoine M. McNamara, WSBA No. 41701
AMcNamara@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000

Matthew C. Bernstein, *Pro Hac Vice*
MBernstein@perkinscoie.com
Patrick J. McKeever, *Pro Hac Vice*
PMcKeever@perkinscoie.com
James Young Hurt, *Pro Hac Vice*
JHurt@perkinscoie.com
PERKINS COIE LLP
11988 El Camino Real, Suite 350
San Diego, CA 92130-2594
Telephone: 858.720.5700
Facsimile: 858.720.5799

***Attorneys for Defendant HTC America, Inc.***

STIPULATED DISMISSAL - 3
(2:17-cv-01057-RAJ)